257 So.2d 436

## CITY OF NEW ORLEANS

v.

## William HARRIS and Melvin Reed.

No. 52171.

Feb. 21, 1972.

In re: William Harris and Melvin Reed applying for writs of review, certiorari, mandamus and prohibition.

Writs refused. Under our jurisprudence there is no error of law in the ruling complained of.

257 So.2d 436

## Leonard CAESAR

v.

## C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52167.

Feb. 21, 1972.

In re: Leonard Caesar applying for remedial writs and habeas corpus.

Writ denied. Retained counsel accompanied defendant at plea. See McGriff v. Wainwright, 431 F.2d 897. On coercion allegation see McMann v. Richardson, 397 U.S. 759, 90 S.Ct. 1441, 25 L.Ed.2d 763. Motion to quash indictment based upon unconstitutional grand jury was waived by plea of guilty. The showing made does not warrant the exercise of our original or supervisory jurisdiction.